PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina



### Report of Offender Under Supervision

Name of Offender:  CHAD EVERETT GARRISON          Case Number:  1:01CR29-1

Name of Sentencing Judicial Officer:   The Honorable N. Carlton Tilley, Jr.

Date of Original Sentence:     August 30, 2001

Original Offense:   Passing and Uttering Counterfeited Federal Reserve Notes in violation of 18 U.S.C. § 472.

Original Sentence:   7 months custody of the Bureau of Prisons, followed by three years of supervised release.

November 4, 2004: Supervision was revoked and Mr. Garrison was sentenced to 8 months custody of the Bureau of Prisons, followed by 28 months supervised release.

November 14, 2005: Modification for Drug Testing was filed.

Type of Supervision: Supervised Release          Second Term of Supervision Commenced: April 15, 2005
                                                 Second Term of Supervision Expires: August 14, 2007

Assistant U.S. Attorney: Paul A. Weinman                          Defense Attorney: Thomas Johnson

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NONCOMPLIANCE |
|---|---|
| The defendant shall not commit another federal, state or local crime. | On December 17, 2006, Mr. Garrison was arrested by the Greensboro, NC Police Department for Felony Possession With Intent to Sell/Deliver Cocaine, Resisting Public Officer, and No Operator's License. These matters are pending in Guilford County District Court. Mr. Garrison's next court appearance is scheduled for March 22, 2007. |

U. S. Probation Officer Action:

Mr. Garrison's adjustment to his second term of supervision had been satisfactory until his recent arrest for new criminal conduct. He has maintained employment and consecutive clean urinalysis screens.

On December 17, 2006, Mr. Garrison was arrested for Felony Possession with Intent to Sell/Deliver Cocaine, Resisting Public Officer, and No Operator's License by the Greensboro, NC Police Department. The warrants indicate Mr. Garrison unlawfully, willfully, and feloniously possessed with the intent to sell and deliver 10 grams of cocaine and that Mr. Garrison resisted Officer M.E. Merritt by fleeing the scene of an investigation. The above-noted conduct occurred during a traffic stop at approximately 4:30 a.m.

Mr. Garrison is currently employed as an administrative assistant at CFIC Home Mortgage in Greensboro, NC. He resides at 647 Presnell Street, Asheboro, North Carolina. He and his wife are currently separated; however, Ms. Garrison gave birth to their second child in December 2006. A voluntary child support order has been filed in Randolph County District Court.

## RECOMMENDATION

Presently the probation office is addressing the non-compliance by implementing controlling measures of increased reporting and field contacts, and continued urinalysis. No further action is recommended at this time. The Court will be promptly notified should Mr. Garrison be convicted of these offenses or should his compliance further deteriorate.

Respectfully submitted,

David T. Brewer
U.S. Probation Officer

Approved by:

Desdemona L. Faison
Supervising U.S. Probation Officer

Date: 1/26/07

---

[✓] The Court Adopts the Recommendation(s) of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

March 8, 2007
Date